UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE L. FEIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-08-076-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18). The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

**1.** The parties' stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**. The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will reconsider the medical source opinions from: John Arnold, Ph.D.; David Pounds, Ph.D.; John McRae, Ph.D.; Joyce Everhart, Ph.D.; and Gregory

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1 | Phillips, M.D.  The ALJ will re-evaluate the severity of Plaintiff's
2 | impairments; address Plaintiff's pain allegations in evaluating his
3 | credibility; and if applicable, follow the sequential evaluation
4 | process for cases involving drug abuse or alcoholism.  The ALJ will
5 | also obtain physical and mental consultative examinations and if
6 | warranted, medical and vocational expert testimony.
7 |     2.   Judgment shall be entered for the **PLAINTIFF**.
8 |     3.   An application for attorney fees may be filed by separate
9 | motion.
10 |     The District Court Executive is directed to enter this Order,
11 | forward copies to counsel, and thereafter shall close this file.
12 |     DATED September 19, 2008.

                        S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2