UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

KYLE L. FEIGHT, )
)
    Plaintiff, )
) NO. CV-08-076-CI
    v. )
) **JUDGMENT IN A**
MICHAEL J. ASTRUE, ) **CIVIL CASE**
Commissioner of Social Security, )
)
    Defendant. )
_____)

**STIPULATION BY THE PARTIES**:

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that**:**

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff.

DATED this 19th day of September, 2008.

                      JAMES R. LARSEN
                      District Court Executive/Clerk

                      s/ L. Stejskal
                      Deputy Clerk